Same case below, 417 Fed. Appx. 292.

**No. 10-10250. Chris Jackson, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2945, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4097.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 403 Fed. Appx. 919.

**No. 10-10251. John Wilhelm Carothers, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2946, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4047.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 630 F.3d 959.

**No. 10-10257. Roberto Diosdado-Star, aka Robert Guerrera, aka S. P. Guitierez-Llanas, aka Steve Collins, aka Robert Star, aka Jorge Villereal-Julio, aka Esteban Gonzalez-Rivera, aka Jorge Jorge-Villareal, aka Roberto Herrera, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2946, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4078.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 630 F.3d 359.

**No. 10-10262. James Ramage, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2946, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4033.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-10264. Terence Stokes, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2946, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4113.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 631 F.3d 802.

**No. 10-10265. Cleve Alexander Johnson, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2947, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4177.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 688.

**No. 10-10278. Bryan K. Dickson, Petitioner v. United States.**

563 U.S. 1028, 131 S. Ct. 2947, 180 L. Ed. 2d 236, 2011 U.S. LEXIS 4059.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 632 F.3d 186.